

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00323-CV

| | |
|---|---|
| IN THE INTEREST OF K.A., A CHILD | § On Appeal from County Court at Law No. 1 |
| | § of Wichita County (CCL1-CP2023-1039) |
| | § October 31, 2024 |
| | § Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
Justice Mike Wallach